

## CT Corporation

**Service of Process Transmittal**
07/16/2010
CT Log Number 516953494

**TO:** Deb Price
Fidelity National Financial, Inc.
Fidelity National Insurance Company, 2201 Farnam Street
Suite 200
Omaha, NE 68102

**RE:** **Process Served in Florida**

**FOR:** Fidelity National Property and Casualty Insurance Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jerry Alford and Julie Alford, Pltfs. vs. Fidelity National Property and Casualty Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Complaint, Exhibit(s), Letter |
| **COURT/AGENCY:** | Franklin County Court, FL<br>Case # 10-000358-CA |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed for property damage sustained as the result of a a flood |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 07/16/2010 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Nicholas Yonclas<br>Post Office Box 386<br>Eastpoint, FL 32328<br>850-670-1616 |
| **REMARKS:** | Process received by Chief Financial Officer on 7/13/10, and forwarded to C T Corporation System by electronic delivery on 7/16/10. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/16/2010, Expected Purge Date: 07/21/2010<br>Image SOP<br>Email Notification, Deb Price Deb.Price@fnf.com<br>Email Notification, Stacie Southall SSouthall@fnf.com |
| **SIGNED:** | CT Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / MB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT A

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services


10-42632

| | |
|---|---|
| JERRY ALFORD AND JULIE ALFORD | CASE #: 10-000358-CA |
| | COURT: CIRCUIT COURT |
| PLAINTIFF(S), | COUNTY: FRANKLIN |
| | DFS-SOP#: 10-42632 |
| VS. | |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE | |
| DEFENDANT(S). | |

SUMMONS, COMPLAINT, EXHIBIT

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 13th day of July, 2010 and a copy was forwarded by Electronic Delivery on the 16th day of July, 2010 to the designated agent for the named entity as shown below.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE
DONNA MOCH  (CLS-SOPPLATeam@wolterskluwer.com)
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

NICHOLAS YONCLAS, ESQUIRE

AJ1

POST OFFICE BOX 386
EASTPOINT FL 32328

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR FRANKLIN COUNTY, FLORIDA

JERRY ALFORD and JULIE
ALFORD,

CASE NO. 10-000358-CA

    Plaintiffs,

vs.

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint or petition in the above-styled cause upon the defendant:

    FIDELITY NATIONAL PROPERTY AND CASUALTY
    INSURANCE COMPANY
    C/O Chief Financial Officer as Registered Agent
    Post Office Box 6200, 200 E. Gaines Street
    Tallahassee, Florida 32314-6200

    Each defendant is hereby required to serve written defenses to said complaint or petition upon NICHOLAS YONCLAS, Esq., Post Office Box 386, Eastpoint, Florida 32328 (niyo@fairpoint.net), within twenty (20) days after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the clerk of said court either before service on plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint or petition.

    WITNESS MY HAND AND OFFICIAL SEAL of said Court this 8th day of July, 2010.

MARCIA JOHNSON
As Clerk of the Circuit Court

By: _____
    DEPUTY CLERK

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR FRANKLIN COUNTY, FLORIDA

JERRY ALFORD and JULIE
ALFORD,

CASE NO. 10-000358-CA

    Plaintiffs,

vs.

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiffs, JERRY ALFORD and JULIE ALFORD, sue Defendant, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, and allege:

1. This is an action for damages which exceed $15,000.00.

2. At all times material hereto, Plaintiffs owned a house in Eastpoint, Florida, the specific address for which was 270 Pruett Road, Eastpoint, Florida.

3. At all times material hereto, the Plaintiffs had with Defendant, Fidelity National Property and Casualty Insurance Company, a policy of insurance, #09-7700045862-02, which provided coverage for damage caused in whole or in part by a flood. A copy of the Declaration Page for this policy is attached as Exhibit A.

4. On 7/10/2005, Plaintiffs' home was completely destroyed, which destruction was caused in whole or in part by a flood.

5. The value of the Plaintiffs' home at the time of this total loss was $215,000.00.

6. Subsequent to this loss, Plaintiffs made a claim against their insurance with Defendant, and they were paid only $39,500.00 for their property damage loss. This $39,500.00

1

was based upon Defendant's conclusion that only a small percentage of Plaintiffs' home had been damaged by flood waters.

7. After receiving this $39,500.00 from Defendant, Plaintiffs made a supplemental claim in the amount of at least $132,500.00 for property damage loss against the Defendant based on further evidence that more than 80% of their home had been damaged as a result of flood waters, as opined by the Franklin County Building Official in a letter dated March 16, 2009, a copy of which is attached as Exhibit B.

8. Defendant has wrongfully denied Plaintiffs' supplemental claim for at least $132,500.00. The $132,500.00 is 80% of the value of the house at the time of loss, but the Building Official opined that "more than 80%" of the home has damage, and thus the supplemental claim is at least $132,500.00.

9. Plaintiffs have performed all conditions precedent to the bringing of this action.

10. Plaintiffs have employed the undersigned attorney to represent them in this action, and they are obliged to pay said attorney a reasonable fee for his services.

WHEREFORE, Plaintiffs demand judgment for damages against Defendant, together with their attorney's fees and costs associated with the bringing of this action.

Nicholas Yonclas
Florida Bar #0185563
Post Office Box 386
Eastpoint, Florida 32328
850-670-1616 (Phone)
850-670-1618 (Fax)
niyo@fairpoint.net (email)
Attorney for Plaintiffs



Fidelity National Property and Casualty Insurance Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
1-800-820-3242

BFL 99.001 0201
00-0081754
12/20/04

2000 00000 FLD   RGLR Renewal
Dwelling Form

**FLOOD DECLARATIONS PAGE**

Date of Issue
12/20/04

**Policy Number**
09 7700045862   02

| Policy Period | Term | Inception Date | Code | Phone |
|---|---|---|---|---|
| From: 12/30/04 To: 12/30/05   12:01 am Standard Time | 1 yr(s) | 12/30/02 12:01am | 00 0081754 | (850) 653-9310 |

Agent (850) 653-9310
COOK INSURANCE AGENCY INC
PO BOX 128
APALACHICOLA FL 32329

JERRY ALFORD
JULIE ALFORD
PO BOX 831
EASTPOINT FL 32328-0831

Insured Location (if other than above)
270 PRUETT RD, EASTPOINT FL 32328-3232

**Rating Information**

Building Description  Single Family
# of Floors  Two Floors
Basement/Enclosure  None

Community Name  FRANKLIN COUNTY
Community #  120088
Community Rating  08 / 10%
Program Status  Regular
Risk Zone  VE

Condo Type  N/A
# of Units  0
Adjacent Grade  0
Elevation Difference  N/A

Contents Location
Lowest Floor Above Ground Level And Higher

| Coverage | | Deductible | Premium |
|---|---|---|---|
| BUILDING | $194,000 | $500 | $1,762.00 |
| CONTENTS | $30,000 | $500 | $404.00 |
| | | ANNUAL SUBTOTAL: | $2,166.00 |
| | | DEDUCTIBLE CHARGE: | $218.00 |
| | | ICC PREMIUM: | $75.00 |
| | | COMMUNITY DISCOUNT: | $246.00 |
| | | TOTAL WRITTEN PREMIUM: | $2,213.00 |
| | | FEDERAL POLICY SERVICE FEE: | $30.00 |
| | | TOTAL PREMIUM: | $2,243.00 |
| | | Premium paid by: | Insured |

**THIS IS NOT A BILL**

**DEAR MORTGAGEE**
The Reform Act of 1994 requires you to notify the WYO company for this policy within 60 days of any changes in the servicer of this loan.

The above message applies only when there is a mortgagee on the insured location.

**Special Provisions**

This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See III. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company.

**Forms and Endorsements**
BFLD99.100 0503 0503       GFLD99.311 0103 0102       GFLD99.312 0502 0503

This policy is issued by
FIDELITY NATIONAL PROPERTY AND CASUALTY
Copy Sent To: As indicated on back or additional pages, if any.

00817540977000458620435500000A

EXHIBIT A

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL IN AND FOR FRANKLIN COUNTY, FLORIDA

CASE NO. 10-000358-CA

JERRY ALFORD AND JULIE ALFORD,

Plaintiffs,

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendant.

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, has filed a Notice of Removal of this action to the United States District Court for the Northern District of Florida, on the 5th day of August, 2010. A copy of said Notice of Removal is attached hereto as Exhibit 1.

Respectfully submitted,

_____
J. Michael Pennekamp
Fla. Bar No. 983454
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
E-mail: jmp@fowler-white.com
*Local Counsel for Fidelity National Property and Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express this 5th day of August, 2010 to Nicholas Yonclas, Esq., P.O. Box 386, Eastpoint, FL 32328.

_____
J. Michael Pennekamp

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131-3302 • (305) 789-9200